**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ALISA ROBERTS-KOBER**<br>8335 Snapdragon Lane<br>Monclova, Ohio 43542 | * | Case No. |
| | * | Judge |
| | * | |
| Plaintiff, | | |
| v. | * | **COMPLAINT; JURY DEMAND ENDORSED HEREON** |
| **THE UNIVERSITY OF TOLEDO COLLEGE OF MEDICINE AND LIFE SCIENCES**<br>2801 West Bancroft<br>Toledo, Ohio 43606 | *<br>* | |
| | * | Francis J. Landry (0006072)<br>**WASSERMAN, BRYAN, LANDRY & HONOLD, LLP**<br>1090 West South Boundary, Suite 500<br>Perrysburg, Ohio 43551 |
| Defendant. | * | Telephone: (419) 243-1239<br>Facsimile: (419) 243-2719<br>Email: FLandry308@aol.com<br>Attorney for Plaintiff Alista Roberts-Kober |
| | * | |

* * * * * * * *

**JURISDICTION**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1331, 1337, 1343, 2201 and 2202. This is an action for a violation of Title VII of the Civil Rights Act. This action, in part, is one for money damages, reinstatement, and liquidated damages resulting from an alleged unlawful termination of employment. On November 20, 2025, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission on the basis of sex and age, charge number 22A-2026-00671, attached hereto as Exhibit A and incorporated by reference as if fully restated herein. On September 9, 2026, the District Director of the EEOC notified Plaintiff of her right to file suit in an appropriate court within 90 days of her receipt of her Right to Sue attached hereto as Exhibit B.

## PARTIES

2. Plaintiff is a resident of Monclova, Ohio who has been employed by Defendant since July 1, 2019. At all times material hereto, Plaintiff was an employee of an employer within the meaning of Title VII of the Civil Rights Act in that it employed at all times material hereto more than fifteen (15) employees.

3. Defendant The University of Toledo is a public university formed under the laws of the state of Ohio. Defendant at all times had more than fifteen (15) employees is also an employer within the meaning of Title VII of the Civil Rights Act.

## FACTS

4. Plaintiff was hired by Defendant on or about July 1, 2019. Most recently Plaintiff was employed in the role of Associate Program Director for the Emergency Medicine Residency.

5. Plaintiff held that role until July of 2024 when she was abruptly told to resign the position without notice.

6. On or about June 5, 2025, Plaintiff received an official reappointment letter which significantly changed her employment status. She was demoted and reduced in pay from $30,000 per yar to $3,000 per year.

7. There was no objective basis to justify the decision to demote Plaintiff.

8. Prior to her demotion, Defendant hired two male, one of whom with less experience. When Plaintiff was demoted, one of the males was moved into her role.

## FIRST CLAIM FOR RELIEF

### Sex Discrimination, Title VII of the Civil Rights Act

8. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through seven (7) of this Complaint, supra, by reference in its entirety as if fully restated herein.

9. Plaintiff is a female individual. Plaintiff states that she was qualified for her position based on her education and experience, and at all times she was meeting or exceeding legitimate employer expectations.

10. Plaintiff was subjected to differing terms and conditions of employment during her employment as opposed to male employees. On or about June 5, 2025 Plaintiff was demoted. The new position/location was less desirable in terms of terms and conditions of employment and resulted in a substantial pay cut.

11. No legitimate reason was provided for the actions taken against Plaintiff.

12. Plaintiff states that similarly situated male employees were not treated in the same manner.

13. Plaintiff states that she was replaced by a male individual

14 Plaintiff states that Defendant subjected her to differing terms and conditions of employment because of her sex and in demoting her, Defendant has intentionally discriminated against her on the basis of her sex in violation of Title VII of the Civil Rights Act.

15. As a proximate result of the actions of Defendant as complained of herein, Plaintiff has suffered the loss of her job position, and great mental and emotional stress, anxiety, humiliation and embarrassment all to her damage.

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory and punitive damages for emotional distress, anxiety, humiliation and embarrassment plus costs, interest and reasonable attorney fees. Plaintiff seeks an amount of liquidated damages equal to her damages and costs and attorneys' fees all together with prejudgment and post judgment interest. Plaintiff further prays for whatever other legal or equitable relief she may appear to be entitled to.

Respectfully submitted,

**WASSERMAN, BRYAN, LANDRY & HONOLD, LLP**

**/s/Francis J. Landry**
Francis J. Landry
Attorney for Plaintiff, Alisa Roberts-Kober

**JURY DEMAND**

Plaintiff demands a jury trial as to all issues to triable in the within cause.

/s/Francis J. Landry
Francis J. Landry